UNITED STATES COURT OF APPEALS
FOR THE 4th CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Appellate Case # 15-4204 |
|  | ) | Originating case # 3:13-cr-00486 |
| V. | ) |  |
|  | ) |  |
| RENE RAMIREZ JIMINEZ, | ) | MOTION FOR EXTENSION |
|  | ) |  |
| APPELLANT. | ) |  |
|  | ) |  |

Appellant requests a ten (10) day extension of deadline for filing and serving the Opening Brief of Appellant and Appendix. The current deadline is August 10, 2015. This is Appellant's second request for an extension of this deadline. This request is not intended for the purpose of delay, rather it is necessitated due to a heavy workload and trial calendar. Appellant's counsel attended NCDC trial college the weeks of July 13th and July 20th, had a trial the week of August 3rd and currently has a high profile attempted murder trial beginning today and is expected to last all week and potentially into next week.

                                                                                     Respectfully submitted,

                                                                                     s/<u>Aimee J. Zmroczek</u>
                                                                                     Aimee J. Zmroczek (#10767)
                                                                                     CJA Attorney for Defendant
                                                                                     2003 Lincoln Street
                                                                                     P.O. Box 11961
                                                                                     Columbia, SC 29211
                                                                                     (803) 403-7750
                                                                                     <u>aimee@ajzlawfirm.com</u>

August 10, 2015
Columbia, SC