FILED: September 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4204

(3:13-cr-00486-JFA-5)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RENE RAMIREZ-JIMENEZ

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 10/14/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk